IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY GULLEY                                                          PLAINTIFF

Vs.                     CASE NO. 3:05cv00104 JMM

ROBERTSON CONTRACTORS, INC.                          DEFENDANT

### ORDER

The parties in the above case have each sent a letter to the court requesting to waive jury trial. The requests are granted. The jury trial scheduled May 22, 2006, will be conducted as a court trial.

IT IS SO ORDERED THIS 20 day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

JIM LYONS
jlyons@leclaw.com

SCOTT EMERSON
semerson@leclaw.com

MIKE CONE
mcone@leclaw.com

## Lyons, Emerson & Cone, P.L.C.

ATTORNEYS AT LAW
407 SOUTH MAIN
P.O. BOX 7044
JONESBORO, ARKANSAS 72403-7044
870-972-5440 • FAX: 870-972-1270

DAVID TYLER
dtyler@leclaw.com

NATALIE DICKSON
ndickson@leclaw.com

April 17, 2006

Hon. James M. Moody
600 W. Capitol, Room 381
Little Rock, AR 72201

Re: _____ Robertson, United States District
    _____ ...stern District of Arkansas,
    3:05CV00104 JMM

Dear Judge Moody:

I agree with the plaintiff's attorney, Larry Steele, that this case may be tried non-jury. We assume that it will be tried at the same time as previously set. If you have any questions or problems, please do not hesitate to call. Thank you for your cooperation.

Sincerely,

Jim Lyons

JL/pm

cc: Larry Steele w/enc.
    Jasper Edmundson w/enc.
    Robertson Contractors, Inc.

F:\WP60\JL\moody3 ltr.wpd

RECEIVED

U.S. DISTRICT JUDGE

# Larry J. Steele

**ATTORNEY AT LAW**
115 S.W. Second, P.O. Box 561
WALNUT RIDGE, AR 72476-0561
e-mail: steelelaw7622@sbcglobal.net

PHONE: (870) 886-5840

FAX: (870) 886-5873

RECEIVED
CHAMBERS OF
JAMES M MOODY

APR    2006

U.S. DISTRICT JUDGE

April 11, 2006

Hon. James M. Moody
U.S. District Court
600 W. Capitol Avenue, Suite 553
Little Rock, AR 72201

    RE:    Jerry Gulley v. Robertson Contractors, Inc.
            U.S.D.C. No. 3:05cv00104 JMM

Dear Judge Moody:

    I am willing to try this matter non-jury provided the defendant's counsel does not object.

Sincerely,

Larry J. Steele

LJS/jas

cc:    Mr. Jasper N. Edmundson, Jr
       Mr. Jim Lyons