IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRY GULLEY**                                                              **PLAINTIFF**

VS.                         NO. 3:05 CV-00104 JMM

**ROBERTSON CONTRACTORS, INC.**                     **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this 24th day of May, 2006, it is Considered, Ordered and

Adjudged that the plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ADJUDGED this      24th      day of May, 2006.**

*[signature: James M. Moody]*

**James M. Moody**
**United States District Judge**