**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JERRY GULLEY**                                                               **PLAINTIFF**

**V.**                                                 **NO: 3:05CV00104**

**ROBERTSON CONTRACTORS, INC.**                                  **DEFENDANT**

**ORDER**

Pending is Plaintiff's motion for reconsideration or to amend judgment pursuant to Fed.

R. Civ. P. 59.  (Docket # 30).  Defendant has responded.  The Court finds that Plaintiff's  motion

should be and hereby is denied for the reasons set forth in the Court's order entered May 24,

2006.

IT IS SO ORDERED this 5th day of June, 2006.

_____
James M. Moody
United States District Judge